entered April 10, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and upon an order dismissing defendant's counterclaim. The action was brought to recover a balance due upon a contract for furnishing and erecting the steel work for a bridge. The answer alleged that by the contract for the work the plaintiff agreed to indemnify the defendant against the damages and expenses resulting from any accident to the plaintiff's employees that might happen during the prosecution of the work, whether due to the negligence of the defendant or otherwise; that on January 1, 1909, four employees of a sub-contractor of plaintiff erecting the bridge, were injured, and two died of their injuries; that four negligence actions were commenced against the defendant; that in three of them judgments have been recovered against the defendant, for which, and expenses, the defendant seeks indemnity under the contract.

*Maurice C. Spratt* and *H. W. Huntington* for appellant.

*Evan Hollister* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.

---

NATIONAL SURETY COMPANY, Respondent, *v.* JAMES O. WINSTON et al., Composing the Firm of WINSTON & COMPANY, et al., Appellants.

*National Surety Co.* v. *Winston*, 161 App. Div. 594, affirmed.
(Argued March 23, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 6, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial

Term without a jury. Defendants having been awarded a contract by the city of New York procured an undertaking from the Empire State Surety Company which thereafter became insolvent and reinsured all of its risks with plaintiff, assigning to it all of its good will, agreements of insurance and reinsurance, indemnity agreements and the like, plaintiff agreeing on its part to assume and fulfill all the outstanding contracts of the Empire State Surety Company. Neither the city of New York nor defendants were parties to this agreement, nor so far as appears have consented to it, but on the other hand it does not appear that the city has called on defendants to substitute other security. This action is for a premium which fell due and which defendants refused to pay.

*A. T. Clearwater* for appellants.

*William R. Page* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ. Dissenting: WILLARD BARTLETT, Ch. J.